EL PUEBLO DE PUERTO RICO, demandante y apelado, v. JUSTINO PACHECO, acusado y apelante.

Núm. 6320.—*Sometido:* Marzo 5, 1937. *Resuelto:* Marzo 5, 1937.

*Joaquín Velilla,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Presidente Señor Del Toro emitió la opinión del tribunal.

El 11 de septiembre, 1936, el acusado por su abogado presentó ante esta corte una moción de nuevo término.

Alegó que había sido declarado culpable del delito de asesinato en segundo grado, habiéndosele impuesto diez años de presidio; que no conforme con la sentencia apeló de la misma para ante esta Corte Suprema el 4 de agosto de 1936; que el 11 de agosto solicitó de la corte sentenciadora que ordenara al taquígrafo que intervino en la vista que preparara la transcripción de la evidencia de oficio por ser pobre el acusado; que no fué notificado de la resolución que recayera a su petición, no obstante haber sido resuelta favorablemente el propio 11 de agosto de 1936; y que habiendo por tal motivo transcurrido el término de ley para que el taquígrafo dejara radicada la transcripción, solicitaba de esta corte un nuevo término de treinta días para hacerlo.

Se oyó al fiscal. Sucedió que dicho fiscal había sido el juez que dirigió el juicio. Hizo constar ese hecho que lo llevaba a adoptar una actitud favorable a que se brindaran al apelante todas las oportunidades de ley, y no se opuso a la solicitud, sugiriendo sin embargo que el término que se concediera lo fuera con carácter de único.

La corte concedió un nuevo término hasta el 4 de diciembre de 1936. El 4 de diciembre solicitó el apelante una prórroga de 30 días. Le fué concedida. El 4 de enero de 1937 solicitó el apelante otra prórroga de treinta días. Le fué concedida. El 3 de febrero de 1937 solicitó el apelante otra prórroga de treinta días. Le fué concedida. Y hoy, 5 de marzo de 1937 en que vence, vuelve a pedir otra prórroga basándose en que el taquígrafo según le ha informado no ha tenido tiempo por sus otros trabajos de preparar la transcripción. Pide a esta corte que dicte cualquier providencia que garantice el cumplimiento de su deber por parte del taquígrafo.

La dilación es ya seria en verdad. Un acusado que fué juzgado por un jurado y condenado por la corte por un de-

lito grave se encuentra seguramente en libertad provisional desde hace más de siete meses. Esa situación no debe continuar a menos que esté verdaderamente justificada.

A los efectos de indagar sobre esa justificación, se concederá al acusado hasta el 11 de marzo actual a fin de que presente un *affidavit* sobre los méritos de su apelación entregando copia del mismo al fiscal quien tendrá hasta el 15 de marzo para informar lo que juzgue procedente sobre el particular. Si el tribunal encuentra que los méritos son suficientes, concederá la prórroga que se pide, negándola de otra suerte.